# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JAYSON ACKERNECHT,

    Plaintiff

vs.                            **CASE NUMBER: 6:12-CV-601 (TJM/TWD)**

**CAROLYN W. COLVIN**,

    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's motion for judgment on the pleadings is GRANTED, Plaintiff's motion for judgment on the pleadings is DENIED, and this matter is DISMISSED in accordance with the Magistrate Judge's Report and Recommendation.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 30th day of September, 2013.

DATED: September 30, 2013

                                                    Clerk of Court

                                       s/ Nicole Killius,

                                       Deputy Clerk